ROB BONTA
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
SAMUEL Y. KIM
Deputy Attorney General
State Bar No. 291597
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-3936
  Fax:       (510) 622-2270
  E-mail:   samuely.kim@doj.ca.gov
*Attorneys for the California Department of Corrections and Rehabilitation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH TANTON,<br><br>                          Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a public entity,<br><br>                        Defendant. | Case No. 2:25-CV-01390-WBS-JDP<br><br>**Removed from the Superior Court of California for the County of Sacramento, Case No. 25CV009678**<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

     Josh Tanton ("Plaintiff") and California Department of Corrections and Rehabilitation ("CDCR" or "Defendant") stipulate as follows:

    1. On April 22, 2025, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Sacramento in Case No. 25CV009678 (the "Action").

    2. On May 14, 2025, CDCR filed its answer in Case No. 25CV009678.

    3. On May 15, 2025, CDCR filed its Notice of Removal pursuant to 28 U.S.C. §§ 1331 and

1

1332(a) with the United States District Court for the Eastern District of California.

4. On May 16, 2025, CDCR completed the removal process by filing a conformed copy of the Notice of Removal with the Sacramento County Superior Court.

5. After some discussion, the parties have agreed that the Action should be remanded to the Sacramento County Superior Court. To that end, the parties hereby stipulate that the Action be remanded to the Sacramento County Superior Court.

6. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action pursuant to this stipulation and order.

Dated: June 10, 2025　　　　　　　　PILOT LAW, P.C.

By:_____/s/ Brian J. Lawler_____
　　BRIAN J. LAWLER
　　*Attorney for Plaintiff Josh Tanton*

Dated: June 10, 2025　　　　　　　　ATTORNEY GENERAL OF CALIFORNIA

By:_____/s/ Samuel Y. Kim_____
　　SAMUEL Y. KIM
　　Deputy Attorney General
　　*Attorneys for Defendant California Department of Corrections and Rehabilitation*

STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON

**ORDER**

On June 10, 2025, the parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved; and

2. Eastern District of California case number 2:25-CV-01390-JDP styled *Josh Tanton v. California Department of Corrections and Rehabilitation* is hereby remanded to the Sacramento County Superior Court.

IT IS SO ORDERED.

Dated: June 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OK2025900232 / 91999542